**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JANNETTE JULIAO,

                         Plaintiff,                    19 **CIVIL** 10926 (ALC)

           -v-                                  **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,
                         Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 25, 2020, that this action be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for the purpose of conducting further administrative proceedings.

**Dated:** New York, New York
          March 26, 2020

                                                       **RUBY J. KRAJICK**
                                                _____
                                                    **Clerk of Court**
                    **BY:**
                                              _____
                                                     **Deputy Clerk**